UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION _____ This document relates to: Williams, et al. v. Bayer Corporation, No. 06-cv-00165 | MDL NO. 1407 ORDER GRANTING DEFENDANT BAYER CORPORATION'S RENEWED MOTION FOR SUMMARY JUDGMENT |

THIS MATTER comes before the court on the August 15, 2006 Renewed Motion for Summary Judgment filed by defendant Bayer Corporation ("Bayer"). The court notes that no opposition to defendant's motion has been filed.

IT IS HEREBY ORDERED that Bayer's Renewed Motion for Summary Judgment is GRANTED. It is further ordered that this action is hereby dismissed with prejudice, in its entirety.

DATED at Seattle, Washington, this 20th of September, 2006.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge